■ MARGARET BRUNSON, Respondent, v BROOKDALE HOSPITAL

MEDICAL CENTER et al., Defendants, and STANISLAWA SZECHTER et al., Appellants.—Judgment, Supreme Court, New York County (Michael Dontzin, J.), entered on December 23, 1985, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. An oral application by defendants-appellants to strike Judge's comments from page A218, line 7 through page A220, line 13 of the record is granted. No opinion. Concur—Murphy, P. J., Kupferman, Ellerin, Wallach and Smith, JJ.